IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY MUNIZ,

        Plaintiff,

v.

ETHICON, INC. and JOHNSON & JOHNSON,

        Defendants.

No. 3:20-cv-00852-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [54] on September 16, 2020, in which he recommends that the Court dismiss this action without prejudice for failure to prosecute. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [54]. Accordingly, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.


DATED:  November 20, 2020  .


*[signature: Marco Hernández]*

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER